**E-FILED**
Monday, 07 February, 2005 03:02:05 PM
Clerk, U.S. District Court, ILCD

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

KENNETH A. MCCREADY,

PLAINTIFF

vs.

Case Number: 05 - 2032

LARRY STERN,

DEFENDANT

TO: LARRY STERN

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon Kenneth A. McCready P.O. Box 10 LODA, IL 60948 (217) 390-7523

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

JOHN M. WATERS, CLERK

s/ Shannon Doan

BY: DEPUTY CLERK

2-4-05

*CIVSUMM.FRM*