E-FILED
Wednesday, 02 March, 2005 10:37:29 AM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Central DISTRICT OF Illinois

## APPEARANCE

Case Number: 05-2032

FILED
MAR - 2 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

To the Clerk of this court and all parties of record:

Enter my appearance ~~as counsel~~ pro se in this case for

Larry Stern, Pro Se, in the case entitled Kenneth A. McCready, Plaintiff, vs. Larry Stern, Defendant.

~~I certify that I am admitted to practice in this court.~~

2-28-05

Date

Signature

Larry Stern Pro Se

Print Name Bar Number

4307 Suffield Court

Address

Skokie Illinois 60076

City State Zip Code

(847) 679-1137 (847) 679-9139

Phone Number Fax Number

847-679-1137