E-FILED
Tuesday, 08 March, 2005 02:25:38 PM
Clerk, U.S. District Court, ILCD

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

KENNETH A. MCCREADY,

PLAINTIFF

vs.

Case Number: 05- 2032

LARRY STERN,

DEFENDANT

FILED

MAR 08 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

TO: LARRY STERN

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon Kenneth A. McCready P.O. Box 10 LODA, IL 60948 (217) 390-7523

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

s/John M. Waters
CLERK

s/S. Doan
(BY) DEPUTY CLERK

2-4-05

*CIVSUMM.FRM*

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE Feb 10, 2005 3:25p.m. |
|---|---|
| NAME OF SERVER (*PRINT*) Jeff Brown | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 4703 Suffield Court Skokie, Il.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Larry Stern was the person served

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Feb 10, 2005
Date

Jeff Brown
*Signature of Server*

9030 Lamon Skokie, Il. 60077
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.