E-FILED
Tuesday, 08 March, 2005 02:27:48 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | | |
|---|---|---|
| KENNETH A. MCCREADY, Plaintiff, | } | Civil No. 05-2032 |
| | } | Judge Michael McCuskey |
| vs. | } | |
| LARRY STERN, Defendant. | } | |

FILED
MAR 08 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

**PLAINTIFF'S REQUEST TO CLERK TO ENTER DEFAULT OF DEFENDANT STERN**

To: John M. Waters, Clerk, United States District Court
Central District of Illinois, Urbana Division

Pursuant to Federal Rules of Civil Procedure 12 and 55(a) Plaintiff Requests that the Clerk of this honorable Court enter the default of Defendant LARRY STERN.

1. Defendant STERN was personally served with summons and complaint in this matter on February 10, 2005 at 3:25 p.m., thereby requiring him to file an Answer or Motion directed to the Complaint within 20 days from the date of service. The Process Server's Return of Service, filed herewith, is incorporated herein; as is the online ECF docket of this Court.

2. More than twenty days have elapsed from the date of service and no Answer or motion attacking the complaint has been filed by Defendant LARRY STERN. Defendant has filed a bare-bones appearance form on March 2, 2005, without more

(without, in fact, even a proof of service, and he did not serve a copy of this appearance on Plaintiff; Plaintiff only discovered it in the Court's ECF system in preparing this Request for Default).

Wherefore, plaintiff respectfully requests that the CLERK enter the default of Defendant Larry Stern this 7th day of March, 2005.

Respectfully submitted:

March 7, 2005 By: ______________________

Kenneth A. McCready
Plaintiff, *in pro per*
P.O. Box 10
Loda, IL 60948
(217) 390-7523

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | | |
|---|---|---|
| KENNETH A. MCCREADY, Plaintiff, | } | Civil No. 05-2032 |
| | } | Judge Michael McCuskey |
| vs. | } | |
| LARRY STERN, Defendant. | } | |

**DEFAULT**

I, John M. Waters, Clerk of the United States District Court for the Central District of Illinois, Urbana Division, do hereby certify that Defendant Larry Hall has not filed an Answer or otherwise moved with respect to Plaintiff's Complaint.

In accordance with Rule 55(a) of the Federal Rules of Civil Procedure, I hereby enter the DEFAULT of Defendant Larry Hall.

Dated: __________, 2005

______________________________
John M. Waters, Clerk,
U.S. District Court
Central District of Illinois

By: ______________________
, Deputy Clerk

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

KENNETH A. MCCREADY,

PLAINTIFF

vs.

Case Number: 05- 2032

LARRY STERN,

DEFENDANT

FILED

MAR 08 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

TO: LARRY STERN

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon Kenneth A. McCready P.O. Box 10 LODA, IL 60948 (217) 390-7523

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

s/John M. Waters
CLERK

s/S. Doan
(BY) DEPUTY CLERK

2-4-05

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE Feb 10, 2005 3:25p.m. |
|---|---|
| NAME OF SERVER *(PRINT)* Jeff Brown | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 4703 Suffield Court Skokie, Il.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Larry Stern was the person served

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Feb 10, 2005
Date

Jeff Brown
*Signature of Server*

9030 Lamon Skokie, Il. 60077
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

KENNETH A. MCCREADY, Plaintiff, vs. LARRY STERN, Defendant.

Civil No. 05-2032

Judge Michael McCuskey

FILED
MAR 08 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

**NOTICE OF FILING**

**To: USDC CD IL, Urbana Div, Clerk,** 218 U.S. Courthouse 201 S. Vine Street Urbana IL 61802 Telephone: 217-373-5830; **Larry Stern, Defendant,** 4307 Suffield Court Skokie, IL 60076 (847) 679-9139

Please take notice that on March 7, 2005, I mailed to be filed with the Clerk of this Court, one copy of Plaintiff's Request to Clerk to Enter Default of Defendant Stern, and one copy of this document.

Name: Kenneth A. McCready, Plaintiff, *in pro per*
Address: P.O. Box 10 Loda, IL 60948
Telephone: (217) 390-7523

**PROOF OF SERVICE BY MAIL**

I, Kenneth A. McCready, not an attorney, state that on March 7, 2005, I served a copy of this notice and each document specified above on each person to whom it is directed above by placing it in an envelope addressed to him or her on which first-class postage is duly prepaid and depositing the envelope in the U.S. mail in Loda, Illinois.

[ X] "Under penalties as provided by law I certify that the statements set forth in this instrument are true and correct."

Dated: March 7, 2005

By: ______________________
Kenneth A. McCready