**E-FILED**
Wednesday, 09 March, 2005 03:32:34 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | | |
|---|---|---|
| **KENNETH MCCREADY,** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **Case No. 05-2032** |
| **LARRY STERN,** | ) | |
| **Defendant.** | ) | |

**ORDER**

On February 4, 2005, Plaintiff filed a Complaint (#1) alleging violations of the Fair Debt Collections Practices Act, 15 U.S.C. § 1692, *et seq*. On March 8, 2005, Plaintiff filed a Request for Entry of Default (#5). In its Request for Entry of Default, Plaintiff indicates that Defendant was served with a summons and complaint on February 10, 2005. Defendant has failed to file a responsive pleading to the complaint. Because Defendant has failed to file a responsive pleading within the statutory time frame, Plaintiff's Request for Entry of Default (#5) is GRANTED. Plaintiff is allowed fourteen (14) days to file a motion for default judgment with supporting documentation to support any award of damages.

IT IS THEREFORE ORDERED:

(1) Plaintiff's Request for Entry of Default (#5) is GRANTED.

(2) Plaintiff is allowed fourteen (14) days to file a motion for default judgment with supporting documentation to support any award of damages.

ENTERED this 9th day of March, 2005

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF JUDGE