**E-FILED**
Monday, 14 March, 2005 02:40:05 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT "A"

AFFIDAVIT OF KENNETH A. MCCREADY

KENNETH A. MCCREADY, being first duly sworn, deposes and says:

1. I am the plaintiff in this action. Having personal knowledge of these matters, I can testify competently to them if called as a witness.

2. I am the owner and holder of the installment loan agreement, security interest and certificate of title (# T2196600404 ) to a 1991 Chevrolet Caprice, VIN # 1G1BL53E3MW117135 which is the subject of the Defendant Larry Stern's collection efforts that are alleged this case.

3. The unpaid balance, including principal and interest, on that installment loan agreement is, as of February 16, 2005, $1664.10.

4. I do not know where the original obligor is and have conducted detailed inquiries in order to determine her whereabouts.

5. I have received no notice of any lawful proceeding at which my interest in the Chevrolet could be or could have been legally divested or foreclosed.

6. I have spoken, on one or more occasions, with Wallace Johnson, who identified himself to me as the proprietor of the repair shop at which Defendant Stern approached him, advising that he could obtain new title for Johnson. Johnson told me that he had done no work to the Chevrolet, was owed no money for anything related to the Chevrolet, and did not intend to sell the Chevrolet at any time.

7. I have received a report from the Illinois Secretary of State indicating that the certificate of title I have in my possession has been superceded by a new certificate of title (# T4148020029). I am familiar with this type of SOS report and generally have come to rely on the accuracy of information contained therein, in the ten years of more I have been engaged in this business. The report indicates that the Secretary of State has issued a new certificate of title, omitting my and my predecessor in interest's names.

8. I am unable to look to the vehicle for satisfaction of the unpaid balance, its intended purpose, because Defendant Stern has succeeded in removing all evidence of my prior, perfected security interest from the certificate of title.

9. I do not believe Defendant Stern to be an infant, incompetent or in active military service. On my information and belief, and also based on the affidavit of service in this matter, Larry Stern is an adult male of the age of late 50's or older.

Further, deponent sayeth naught.

Dated: March 11, 2005

By: ______________________
Kenneth A. McCready

Subscribed and sworn to before me, March 11, 2005 , Notary Public, Iroquois County, Illinois. My commission expires: 07-17-07.

"OFFICIAL SEAL"
JACQUELINE J. WEBER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 07-17-07

Dated: March 11, 2005 By: ______________________