E-FILED
Monday, 14 March, 2005 02:40:15 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT "B"

# AFFIDAVIT AND STATEMENT OF ACCOUNT

Installment Loan # N/A (DELOREIA BURROWS , Borrower)

1. I, AKIN OJULUWAYO, President, GMAX MOTORS, INC. P.O. Box 2004 Calumet City Illinois 60409, being first duly sworn, make this affidavit as of my own personal knowledge and, if called to testify I may do so competently pertaining these matters.

2. I am the President of GMAX Motors, Inc. and, as such, am authorized to make these statements and this sale.

3. I state these things from my examination of the books and records, kept in the normal course of business. I am familiar with these record-keeping procedures and accounting practices.

4. GMAX Motors, Inc. and ~~DELOREIA BURROWS~~ VAYLINE GRIFFIN AK entered into an installment loan agreement for the purchase of a 1991 CHEVROLET Caprice VIN # 1G1BL53E3MW117135 on 3/7/02 {insert date}. In this agreement, ~~BURROWS~~ VAYLINE GRIFFIN AK granted GMAX Motors, Inc., a security interest in the 1991 Caprice.

5. Ms. Burrows has made payments totaling $1245 {insert total of payments}. toward the installment loan agreement, but has made no other payment since 9/02 {insert last payment date}.

6. As of 8/16/04 {insert date you sign}, 2004, the unpaid balance on this account, including principal, accrued interest and any applicable late fees and penalties is $1548.00 {insert total amount due on acct.}.

7. GMAX Motors, Inc., by this agreement, sells and assigns the installment loan agreement and security interest and any right to enforce the same under any theory of recovery whatsoever to Kenneth McCready.

Further, affiant sayeth naught.

GMAX Motors, Inc.
733 Torrence Avenue
Calumet City, IL 60409
708-862-6340

By: ______________________

AKIN OJULUWAYO, President

Subscribed to and sworn before me Sandra Brownlow, Notary Public, State of Illinois, County of Cook, this ________ day of June, 2004. My commission expires 08-03-05.

"OFFICIAL SEAL"
SANDRA BROWNLOW
Notary Public, State of Illinois
My Commission Expires 08/03/05