E-FILED
Monday, 14 March, 2005 04:44:12 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | | |
|---|---|---|
| **KENNETH A. MCCREADY,** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **No: 05-2032** |
| | ) | **JURY DEMANDED** |
| **LARRY STERN,** | ) | |
| **Defendant.** | ) | |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION TO VACATE ENTRY OF DEFAULT AND FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**

Defendant, LARRY STERN, by and through his attorneys, Flynn, Palmer & Tague, by the undersigned attorney, for his Memorandum of Law in Support of Motion to Vacate Entry of Default and for Extension of Time to File a Responsive Pleading, states as follows:

Pursuant to FRCP 55(c), "for good cause shown, the court may set aside an entry of default and, if a judgment by default has been entered, may likewise set it aside in accordance with Rule 60(b)." Fed. R. Civ.P. 55(c).

Pursuant to FRCP 60(b), the court may relieve a party from a final judgment, order, or proceeding for a number of reasons, including, "mistake, inadvertence, surprise, or excusable neglect" or, "any other reason justifying relief from the operation of the judgment". Fed. R. Civ. P. 60(b)(1) and (6).

In the instant case, an entry of default was entered on March 9, 2005. However, no judgment has yet been entered. Defendant's conduct - as set forth in the accompanying Motion - consisted of seeking legal representation but being unable to find such representation until nine days after the deadline to file a responsive pleading. Nevertheless, Defendant did file an Entry

of Appearance by the above-referenced deadline and continued to seek legal representation.

Defendant's conduct, at worst, could be characterized as mistake (failing to understand that filing an Appearance by the deadline did not constitute a responsive pleading) or excusable neglect (neglecting to file a responsive pleading while continuing to seek legal representation).

WHEREFORE, Defendant respectfully requests this Court grant his Motion to Vacate Entry of Default and for an Extension of Time to File a Responsive Pleading accompanying this Memorandum by granted.

BY: FLYNN, PALMER & TAGUE
Attorneys for Defendant

By__/s/ Robert E. Jacobson________
Robert E. Jacobson

Prepared by:
Robert E. Jacobson
Flynn, Palmer & Tague
402 W. Church St.
P.O. Box 1517
Champaign, IL 61824-1517
Telephone: (217) 352-5181
Facsimile: (217) 352-7964