**E-FILED**
Tuesday, 19 April, 2005 11:50:01 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | | |
|---|---|---|
| KENNETH A. MCCREADY, Plaintiff, | } | Civil No. 05-2032 |
| | } | |
| | } | Judge Michael McCuskey |
| vs. | } | |
| | } | |
| LARRY STERN, | } | |
| Defendant. | } | |

FILED
APR 19 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

1. On April 4, 2005, this Court entered an order requiring Plaintiff to file a response to Defendant's case-dispositive motion within fourteen (14) days.

2. The Plaintiff has been swamped with numerous other actions, including but not limited to another pending in this District (*McCready vs. eBay, et al*, #05-2033, and *McCready vs. eBay*, #03-2117), and *McCready vs. Jesse White, IL SOS*, Iroquois Co., IL #04-CH-29.

3. Plaintiff has worked on both a response to the Defendant's Motion to Dismiss and a proposed First Amended Complaint and, actually, had not yet determined which he would file. They are almost done and would have been done today's date except for unforeseen circumstances. Plaintiff is a volunteer fireman in Loda and the salvage yard in town had a significant fire that occupied most of the morning and early afternoon for him. Then, a telephone conference call in a Michigan District Court action which was to have commenced at 2p.m. did not. It did not start until after 3 p.m. CST and lasted until after 4 p.m. CST. Plaintiff had intended to polish up his response and Complaint and drive to court to file one or the other.

4. Plaintiff prays for brief additional time in which to digest the eBay motion to dismiss and finish his response.

5. Plaintiff respectfully asks only for an additional seven (7) days. Counsel for Defendant was unable to consent to this, when Plaintiff spoke with him today's date.

Wherefore, Plaintiff moves the COURT for this reasonable extension of time he seeks. Plaintiff also asks the Court to continue the discovery conference pending resolution of the motion to dismiss or, in the alternative, until such time as the Plaintiff may ask the Court to re-schedule it (if Plaintiff believes discovery is needed in opposition to the eBay motion to dismiss).

Dated: April 18, 2005

By: ____________________

Kenneth A. McCready
Plaintiff, *in pro per*
P.O. Box 10
Loda, IL 60948
(217) 390-7523

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | | |
|---|---|---|
| KENNETH A. MCCREADY,<br>Plaintiff,<br><br>vs.<br><br>LARRY STERN,<br>Defendant. | }<br>}<br>}<br>}<br>}<br>}<br>} | Civil No. 05-2032<br><br>Judge Michael McCuskey |

## NOTICE OF FILING

**To: USDC CD IL, Urbana Div, Clerk**, 218 U.S. Courthouse 201 S. Vine Street Urbana IL 61802 Telephone: 217-373-5830; **Robert E. Jacobson** Flynn, Palmer & Tague 402 W. Church St. Champaign, IL 61824 counsel for Larry Stern, Defendant (217) 352-5181

Please take notice that on April 18, 2005, I mailed to be filed with the Clerk of this Court, one copy of Plaintiff's Request for Extension of Time, and one copy of this document.

Name: Kenneth A. McCready, Plaintiff, *in pro per*
Address: P.O. Box 10 Loda, IL 60948
Telephone: (217) 390-7523

## PROOF OF SERVICE BY MAIL

I, Kenneth A. McCready, not an attorney, state that on April 18, 2005, I served a copy of this notice and each document specified above on each person to whom it is directed above by placing it in an envelope addressed to him or her on which first-class postage is duly prepaid and depositing the envelope in the U.S. mail in Loda, Illinois.

[ X] "Under penalties as provided by law I certify that the statements set forth in this instrument are true and correct."

Dated: April 18, 2005

By: ______________________
Kenneth A. McCready