**E-FILED**
Monday, 23 May, 2005 03:39:11 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

**KENNETH A. MCCREADY,**

**Plaintiff,**

**vs.** **No: 05-2032**
**JURY DEMANDED**

**LARRY STERN,**

**Defendant.**

**AFFIDAVIT OF DEFENDANT, LARRY STERN**

Defendant, LARRY STERN, on oath, states as follows:

1. I am the Defendant in this cause.

2. At no time did I file an application for a certificate of title for a 1991 Chevrolet Caprice Classic (VIN # 1G1BL53E3MW117135) as alleged in the Complaint filed by Plaintiff herein on February 4, 2005.

3. I am competent to testify to the matters stated in this Affidavit.

Further the Affiant sayeth not.

/s/ Larry Stern
Larry Stern

STATE OF ILLINOIS )
) SS
COUNTY OF CHAMPAIGN )

The undersigned, a Notary Public in State of Illinois and County of Champaign, certifies that Larry Stern, personally known to me to be the same person whose name is subscribed to the foregoing instrument, acknowledged that he signed and delivered the said instrument as his free and voluntary act, for the uses and purposes therein set forth.

Dated this 1st day of April, 2005.

/s/ Robert E. Jacobson
Notary Public