**E-FILED**
Monday, 23 May, 2005 03:44:33 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | | |
|---|---|---|
| **KENNETH A. MCCREADY,** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **No: 05-2032** |
| | ) | **JURY DEMANDED** |
| **LARRY STERN,** | ) | |
| **Defendant.** | ) | |

**CERTIFICATE OF SERVICE**

Robert E. Jacobson states: I served the enclosed Motion to Dismiss First Amended Complaint Pursuant to FRCP 12(b)(1) and Memorandum of Law in Support of Motion to Dismiss First Amended Complaint Pursuant to FRCP 12(b)(1) to the Plaintiff by mailing a copy to the following addressees:

Kenneth A. McCready
P.O. Box 10
Loda, IL 60948

by depositing the same in the U.S. Mail at Champaign, Illinois, at approximately 5:00 p.m. on the 23rd day May, 2005, with proper postage prepaid and also bearing the return address of Flynn, Palmer & Tague, 402 W. Church St., Champaign, IL 61820.

__/s/ Robert E. Jacobson_______

Robert E. Jacobson
Flynn, Palmer & Tague
402 W. Church St.
Champaign, IL 61824-1517
Telephone: (217) 352-5181
Facsimile: (217) 352-7964