E-FILED
Wednesday, 03 August, 2005 03:56:37 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

KENNETH A. MCCREADY, Plaintiff, } Civil No. 05-2032

} Judge Michael McCuskey

vs. }

LARRY STERN, Defendant. }

FILED
AUG 03 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

**NOTICE OF FILING**

**To: USDC CD IL, Urbana Div, Clerk,** 218 U.S. Courthouse 201 S. Vine Street Urbana IL 61802 Telephone: 217-373-5830; **Robert E. Jacobson, Flynn, Palmer & Tague** 402 W. Church St. Champaign, IL 61824, counsel for Larry Stern, Defendant, 4307 Suffield Court Skokie, IL 60076 (847) 679-9139

Please take notice that on August 3, 2005, I filed with the Clerk of this Court, one copy of Plaintiff's OBJECTIONS TO REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE, and one copy of this document.

Name: Kenneth A. McCready, Plaintiff, *in pro per*
Address: P.O. Box 10 Loda, IL 60948
Telephone: (217) 390-7523

**PROOF OF SERVICE BY MAIL**

I, Kenneth A. McCready, not an attorney, state that on August 3, 2005, I served a copy of this notice and each document specified above on each person to whom it is directed above by placing it in an envelope addressed to him or her on which first-class postage is duly prepaid and depositing the envelope in the U.S. mail in Loda, Illinois.

[ X] "Under penalties as provided by law I certify that the statements set forth in this instrument are true and correct."

Dated: August 3, 2005

By: [signature]
Kenneth A. McCready