E-FILED
Tuesday, 15 November, 2005  01:20:16 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

_____

| | |
|---|---|
| **KENNETH A. McCREADY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 05-2032 |
| | ) |
| **LARRY STERN,** | ) |
| | ) |
| **Defendant.** | ) |

_____

# OPINION
_____

On October 25, 2005, the Magistrate Judge filed a Report and Recommendation (#25) in the above cause. The Magistrate Judge recommended that the Defendant's Motion to Dismiss (#17) be GRANTED.

On November 10, 2005, Plaintiff filed his Objection to the Report and Recommendation (#26). This court has reviewed the Magistrate Judge's reasoning and the Plaintiff's Objection. After a thorough and careful de novo review, this court agrees with and accepts the Report and Recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED:

(1) Defendant's Motion to Dismiss (#17) is GRANTED. This court declines to exercise supplemental jurisdiction over Plaintiff's remaining state law claims.

(2) This case is terminated.

ENTERED this 15th day of November, 2005

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE