E-FILED
Tuesday, 15 November, 2005 02:15:12 PM
Clerk, U.S. District Court, ILCD

AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**KENNETH A. MCCREADY,**
**Plaintiff,**

vs. Case Number: **05-2032**

**LARRY STERN,**
**Defendant.**

☐ **DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this case is dismissed.

ENTER this 15th day of November, 2005.

s/ John M. Waters
JOHN M. WATERS, CLERK

s/ M. Talbott
BY: DEPUTY CLERK