**E-FILED**
Thursday, 29 December, 2005 11:19:46 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | | |
|---|---|---|
| **KENNETH A. MCCREADY,** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **No: 05-2032** |
| | ) | **JURY DEMANDED** |
| **LARRY STERN,** | ) | |
| **Defendant.** | ) | |

**CERTIFICATE OF SERVICE**

Robert E. Jacobson states: I served the enclosed Response to Plaintiff's Motion for Leave to Amend to the Plaintiff by mailing a copy to the following addressees:

Kenneth A. McCready
P.O. Box 10
Loda, IL 60948

by depositing the same in the U.S. Mail at Champaign, Illinois, at approximately 5:00 p.m. on the 29th day December, 2005, with proper postage prepaid and also bearing the return address of Flynn, Palmer & Tague, 402 W. Church St., Champaign, IL 61820.

/s/ Robert E. Jacobson

Robert E. Jacobson
Flynn, Palmer & Tague
402 W. Church St.
Champaign, IL 61824-1517
Telephone: (217) 352-5181
Facsimile: (217) 352-7964